**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **DEJON PARIS,** | : | |
| | : | |
| **Plaintiff,** | : | |
| **v.** | : | **CASE NO. 3:26-cv-02337** |
| | : | |
| **PENN CREDIT CORPORATION, NORTH TEXAS TOLLWAY AUTHORITY, PERDUE BRANDON FIELDER COLLINS & MOTT, LLP and TRANSWORLD SYSTEMS, INC.,** | : | |
| | : | |
| **Defendant.** | : | |

**DEFENDANT PENN CREDIT CORPORATION'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)**

Defendant, Penn Credit Corporation ("Defendant"), by and through its undersigned counsel, respectfully submits Defendant's Motion to Dismiss Plaintiff Dejon Paris' ("Plaintiff") Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6) on the grounds that Plaintiff's Amended Complaint fails to state a claim upon which relief can be granted. (Doc. 10). Defendant submits a Memorandum of Law and Proposed Order in support of its Motion to Dismiss.

Respectfully submitted,

/s/ Christopher E. Brown
CHRISTOPHER E. BROWN, ESQ.
Texas Bar No. 24145884
Email: cbrown@kaufmandolowich.com
KAUFMAN DOLOWICH LLP
14643 Dallas Pkwy., Suite 550
Dallas, Texas 75254
Telephone: (407) 789-0.
Fax: (888) 502-6353
*Attorneys for Defendant Penn Credit Corporation*

Dated: September 15, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2026, a copy of the foregoing was electronically filed with the Clerk of the Court, United States District Court for the Northern District of Texas and served on all parties and counsel of record via CM/ECF.

/s/ Christopher E. Brown
CHRISTOPHER E. BROWN, ESQ.
Texas Bar No. 24145884
Email: cbrown@kaufmandolowich.com
KAUFMAN DOLOWICH LLP
14643 Dallas Pkwy., Suite 550
Dallas, Texas 75254
Telephone: (407) 789-0.
Fax: (888) 502-6353
*Attorneys for Defendant Penn Credit Corporation*