**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **DEJON PARIS,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:26-CV-2337-L-BT** |
| | § | |
| **NORTH TEXAS TOLLWAY AUTHORITY (NTTA); PENN CREDIT CORPORATION; TRANSWORLD SYSTEMS INC. (TSI) and JAMES HOFFMAN,** | § | |
| | § | |
| Defendants. | § | |

**NOTICE**

Before the court is Plaintiff DeJon Paris' Notice of Voluntary Dismissal as to Defendant North Texas Tollway Authority ("Notice") (Doc. 20), filed September 23, 2026. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), as no answer or summary judgment has been filed and the Notice satisfies the other requirements of this Rule, no court order is required, and this action is **dismissed without prejudice** as to Defendant North Texas Tollway Authority as a matter of course. Accordingly, the court **declines** to issue an order of dismissal. Penn Credit Corporation, Transworld Systems Inc (TSI), and James Hofmann remain as Defendants in this action.

**Filed** this 24th day of September, 2026.

Sam A. Lindsay
Sam A. Lindsay
United States District Judge