**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

DEJON PARIS,

Plaintiff,

v.

JAMES HOFMANN, in his official capacity as CEO/Executive Director of the North Texas Tollway Authority, NORTH TEXAS TOLLWAY AUTHORITY (NTTA), PENN CREDIT CORPORATION, PERDUE BRANDON FIELDER COLLINS & MOTT, LLP (PBFCM), and TRANSWORLD SYSTEMS INC. (TSI),

Defendants.

**Case No. 3:26-cv-02337-L-BT**

**Use of Generative Artificial Intelligence**

This document was prepared with the assistance of generative artificial intelligence. All legal citations, quotations, and factual representations have been independently verified by the undersigned pro se Plaintiff against their original sources prior to filing.

**STIPULATION OF DISMISSAL WITH PREJUDICE**
**AS TO DEFENDANT PERDUE BRANDON FIELDER COLLINS & MOTT, LLP**

TO THE HONORABLE COURT:

1. Plaintiff DeJon Paris, appearing Pro Se, and Defendant Perdue Brandon Fielder Collins & Mott, LLP ("PBFCM"), by and through their undersigned representatives, hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), to the dismissal with prejudice of all claims asserted by Plaintiff against PBFCM in this action.
2. This dismissal resolves and terminates only Plaintiff's claims against PBFCM. It does not affect Plaintiff's claims against any other Defendant in this action, including Defendant

James Hofmann, Defendant North Texas Tollway Authority, Defendant Penn Credit Corporation, or Defendant Transworld Systems Inc., all of which remain pending.

3. Plaintiff and PBFCM shall each bear their own attorneys' fees and costs incurred in connection with Plaintiff's claims against PBFCM.

4. Because this stipulation is signed by all parties who have appeared with respect to the claims being dismissed, no order of the Court is required for this dismissal to take effect. Fed. R. Civ. P. 41(a)(1)(A)(ii), (a)(1)(B).

Respectfully submitted,

*/s/ DeJon Paris*

DeJon Paris, *Pro Se*
1710 Keller Parkway #9602
Keller, Texas 76248
(813) 605-9789
dejon.paris@gmail.com
*PRO SE* PLAINTIFF

Respectfully submitted,

*/s/ Kevin T. Crocker*

Kevin T. Crocker, Esq.
Texas Bar No. 05087250

BARRON & NEWBURGER, P.C.
7320 N. MoPac Expwy., Ste. 400
Austin, Texas 78731
(512) 649-2417 [Direct]
(512) 279-0310 [Fax]
E-Mail: kcrocker@bn-lawyers.com

**ATTORNEYS FOR DEFENDANT PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.**

*/s/ Jackson J. Ladgenski*

Jackson J. Ladgensk
Texas Bar No. 24149148
PERDUE, BRANDON, FIELDER,
COLLINS & MOTT L.L.P.
500 E. Border Street, Suite 640
Arlington, Texas 76010
Telephone: (817) 674-7124
Facsimile: (817) 860-6509
Email: jladgenski@pbfcm.com

**ATTORNEYS FOR DEFENDANT PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.**

## CERTIFICATE OF SERVICE

I hereby certify that on the date shown above, a true and correct copy of the foregoing was served on all counsel of record via the Court's CM/ECF electronic filing system.

/s/ DeJon Paris
DeJon Paris