**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **DEJON PARIS,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:26-CV-2337-L-BT** |
| | § | |
| **TRANSWORLD SYSTEMS INC. (TSI); and JAMES HOFMAN, in his official capacity as CEO/Executive Director of North Texas Tollway Authority,** | § | |
| | § | |
| Defendants. | § | |

**NOTICE**

Before the court is the parties' Stipulation of Dismissal with Prejudice as to Defendant Transworld Systems Inc. Only ("Stipulation") (Doc. 38), filed October 26, 2026. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), as the Stipulation has been signed by all parties who have appeared, no court order is required, and this action and all claims asserted by or against these parties are **dismissed with prejudice** as a matter of course. Accordingly, no order of dismissal is necessary, and the court **declines** to issue one. Per the Stipulation, these parties shall bear their own costs and attorney's fees. James Hofmann **remains** as **the only** Defendant in this action.

**Filed** this 27th day of October, 2026.

Sam A. Lindsay
United States District Judge